Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/9/25

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAMING SENKET, <br><br> Defendant. | 4:25-cr-06026-MKD <br><br> INDICTMENT <br><br> Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii), Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine (Count 1) <br><br> 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii), Possession with Intent to Distribute 28 Grams or More of Cocaine Base (Count 2) <br><br> 21 U.S.C. § 853 Forfeiture Allegations |

The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about April 3, 2025, in the Eastern District of Washington, the Defendant, SAMING SENKET, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

## COUNT 2

On or about April 3, 2025, in the Eastern District of Washington, the Defendant, SAMING SENKET, knowingly possessed with intent to distribute 28 grams or more of a mixture or substance containing a cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(iii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant, SAMING SENKET, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 2

If any forfeitable property, as a result of any act or omission of the Defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 9 day of July 2025.

A TRUE BILL

_Stephanie Van Marter_
Stephanie Van Marter
Acting United States Attorney

_Brandon L. Pang_
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 3